IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 09-2235-TUC-RCC(CRP) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| MATTHEW ALLEN HAWKES, | ) | |
| Defendant. | ) | |

The Court has reviewed the Magistrate's Report and Recommendation and no objections having been filed there,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#40).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Evidence (#28). All other motions **MOOT.**

**IT IS FURTHER ORDERED AFFIRMING** the trial date of July 13, 2010 at 9:30 a.m. before this Court.

Original exhibits from motion hearing were returned to counsel on 3/18/2010.

DATED this 21st day of May, 2010.

Raner C. Collins
United States District Judge